UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY_____D.C.

05 OCT -7 PM 4: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

-vs-

THOMAS ANTHONY TAYLOR

Case No.  2:05cr20349-1-D
Case No.  2:05cr20350-1-Ml
Case No.  2:05cr20351-1-D
Case No.  2:05cr20352-1-Ml
Case No.  2:05cr20354-1-B

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

• The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

**DONE** and **ORDERED** in 167 North Main, Memphis,   this ____7____ day of October,
2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
THOMAS ANTHONY TAYLOR

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-11-05_____



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20351 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT